# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 17-23308-CIV-KING/SIMONTON

ANNA LORCA BONCOEUR, f/k/a
ANNA ADAM,

      Plaintiff,

v.

CARMEL AT THE CALIFORNIA CLUB
PROPERTY OWNERS ASSOCIATION, INC.,
BUSINESS LAW GROUP, P.A., and
LM FUNDING, LLC,

      Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation of Voluntary Dismissal with Prejudice (D.E. #131) filed December 14, 2018, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED WITH PREJUDICE.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The **Pretrial Conference** previously set for **June 14, 2019** and the **Trial** previously set for **August 12, 2019** are hereby CANCELED.

4.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 17th day of December, 2018.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Andrea M. Simonton
      All Counsel of Record